WOJCIECH DUDA, Appellant, v. JOSEPH DUDA and JULIA DUDA, Respondents.— Appeal dismissed unless appellant shall file and serve printed papers and printed

briefs by April twentieth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE DICK SAND COMPANY, Respondent, v. THE STATE OF NEW YORK and Others, Respondents, and J. P. DRUMMER CORPORATION and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers and printed briefs by March sixteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.